## No. 14,896.

### CHESHIRE *v.* SMITH.
(108 P. [2d] 1055)

Decided December 23, 1940.   Rehearing denied January 13, 1941.

Judgment affirmed in department on application for supersedeas without written opinion. Mr. Justice Francis E. Bouck, Mr. Justice Bakke and Mr. Justice Otto Bock concur. Mr. Chief Justice Hilliard dissents.

Mr. L. C. KINIKIN, for plaintiff in error.

Messrs. MOYNIHAN-HUGHES, for defendant in error.